Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel:  (415) 781-3333
Fax:  (415) 707-6600
joseph@josephmaylaw.com

R. Wesley Pratt   SBN 191159
BRENT, FIOL & PRATT, LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Tel:  (415) 259-4515
Fax:  (415) 373-4420
wpratt@bfplawyers.com

Attorneys for Plaintiff GARY RICHARD LAWMAN
by and through his Guardian ad Litem Richard de Villiers

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GARY RICHARD LAWMAN by and through his Guardian ad Litem Richard de Villiers,<br><br>           Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; PHILLIP M. GORDON; GLEN PAUL MINIOZA; BRIAN W. KNEUKER; CARLOS GUTIERREZ; CRAIG F. TOM; PATRICK F. PENE; JULIO C. PALENCIA; ANDREW N. BROWN; PAUL E. RAPICAVOLI; MATTHEW M. O'SHEA; MICHAEL HENNESSEY; GREG SUHR; ROEL L. LAPITAN; FRANK LATKO a.k.a. FRANZI LATKO; and DOES  1 through 50, inclusive,<br><br>           Defendants. | CASE NO. C15-01202-DMR<br><br>**JOINT PROPOSED CASE SCHEDULE AND [PROPOSED] ORDER** (AS MODIFIED)<br><br>Action Filed:   December 31, 2013<br>Removal:      March 13, 2015<br>Trial Date:     June 6, 2016 |

1

The Parties, through their respective undersigned counsel, submit the following proposed case schedule in order to supplement the schedule set forth in the minutes of the July 1, 2015 case management conference (Dkt. No. 17). The Parties seek a case management order in accordance with the following:

1. The Parties agree to bifurcate liability and damages for purposes of discovery, such that discovery related to damages will be stayed until January 4, 2016, or until the Court rules on any motion for summary judgment regarding liability issues, whichever is sooner, except as otherwise set forth below.

2. If a witness who has been deposed on issues related to liability is sought to be deposed on issues related to damages, the parties agree to make such witness available, to the extent possible, for such further deposition during the second phase of the case.

3. The Parties may begin serving interrogatories, requests for admission, requests for production of documents, and subpoenas duces tecum related to damages on November 5, 2015.

4. Plaintiff agrees in principle to make himself available for one physical examination, one mental examination, and one neuropsychological examination by defense-retained doctors in January 2016, assuming the Court orders Plaintiff to attend such exams, pursuant to Fed. R. Civ. Proc. 35, for good cause shown; however, Plaintiff expressly reserves any and all rights to assert available objections, oppositions, qualifications, or limitations related to the conduct of the examinations, including but not limited to the identity and qualification of the examiner and scope, duration, and battery of tests given at any examination.

5. The last day to file a summary judgment motion on liability issues is November 5, 2015.

6. The last day for the hearing on a summary judgment motion on liability issues is December 10, 2015.

7. The Parties request that the case be submitted to a settlement conference with a magistrate judge the week of January 4, 2016, or after the Court rules on any motion for summary judgment on liability issues, whichever is later.

8. Fact discovery to close February 26, 2016.

CASE NO. C15-01202-DMR
JOINT PROPOSED CASE SCHEDULE AND [PROPOSED] ORDER  (AS MODIFIED)

1        9.     Expert witness disclosures must be served no later than March 8, 2016.

2      10.    Expert discovery to close April 29, 2016.

3  Dated: July 22, 2015              LAW OFFICE OF JOSEPH S. MAY
                                     and
4                                 BRENT, FIOL & PRATT, LLP

6                             */s/ Joseph S. May*

7                  _____
                          By: JOSEPH S. MAY, Attorneys for Plaintiff
8                          GARY RICHARD LAWMAN

9  Dated:  July 22, 2015

10                          DENNIS J. HERRERA
                          City Attorney
11                          CHERYL ADAMS
12                          Chief Trial Deputy
                          JAMES F. HANNAWALT
13                          Deputy City Attorney

14                           */s/ James F. Hannawalt**

15              By:_____
16                          JAMES F. HANNAWALT
                          Attorneys for Defendants

17                          *Pursuant to Civil Local Rule 5-1(i)(3), the filer of
18                          this document attests that concurrence has been
                          obtained from each of the other Signatories to this
19                          document.

20                      **[PROPOSED] ORDER** (AS MODIFIED)

21      Pursuant to the foregoing stipulation, it is hereby ordered:

22       1.     The issues of liability and damages shall be bifurcated for purposes of discovery;

23  discovery related to damages will be stayed until January 4, 2016, or until the Court rules on any

24  motion for summary judgment regarding liability issues, whichever is sooner, except as

25  otherwise set forth below.

2.     If a witness who has been deposed on issues related to liability is sought to be deposed on issues related to damages, the parties shall make such witness available, to the extent possible, for such further deposition during the second phase of the case.

3.     The Parties may begin serving interrogatories, requests for admission, requests for production of documents, and subpoenas duces tecum related to damages on November 5, 2015.

4.     Plaintiff shall make himself generally available for one physical examination, one mental examination, and one neuropsychological examination by defense-retained doctors in January 2016, assuming the Court orders Plaintiff to attend such exams, pursuant to Fed. R. Civ. Proc. 35, for good cause shown; however, Plaintiff may assert available objections, oppositions, qualifications, or limitations related to the conduct of the examinations, including but not limited to the identity and qualification of the examiner and scope, duration, and battery of tests given at any examination.

Matters re Nos. 5-10 are covered in the CMC & Pretrial Order.  See CMC & Pretrial Order [Doc. 20].

~~5.     The last day to file any summary judgment motion on liability issues is November 5, 2015.~~

~~6.     The last day for the hearing on any summary judgment motion on liability issues is December 10, 2015.~~

~~7.     The case shall be submitted to a settlement conference with a magistrate judge the week of January 4, 2016, or after the Court rules on any motion for summary judgment on liability issues, whichever is later.~~

~~8.     Fact discovery shall close February 26, 2016.~~

~~9.     Expert witness disclosures must be served no later than March 8, 2016.~~

~~10.     Expert discovery shall close April 29, 2016.~~

IT IS SO ORDERED.

Dated:  _7/29/2015_

IT IS SO ORDERED
AS MODIFIED
Judge Donna M. Ryu

_____
HON. DONNA M. RYU
United States Magistrate Judge

4