DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
JAMES HANNAWALT, State Bar #139657
REBECCA BERS, State Bar #287111
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4224
Facsimile:     (415) 554-3837
E-Mail:         rebecca.bers@sfgov.org

Attorneys for Defendants
City and County of San Francisco, Phillip M. Gordon; Glen Paul Minioza; Brian W. Kneuker; Carlos Gutierrez; Craig F. Tom; Patrick F. Pene; Julio C. Palencia; Andrew N. Brown; Paul E. Rapicavoli; Matthew M. O'Shea; Michael Hennessey; Greg Suhr; Roel L. Lapitan; Frank Latko A.K.A. Franzi Latko

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RICHARD LAWMAN by and through his Guardian ad Litem Richard de Villiers,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PHILLIP M. GORDON; GLEN PAUL MINIOZA; BRIAN W. KNEUKER; CARLOS GUTIERREZ; CRAIG F. TOM; PATRICK F. PENE; JULIO C. PALENCIA; ANDREW N. BROWN; PAUL E. RAPACAVOLI; MATTHEW M. O'SHEA; MICHAEL HENNESSEY; GREG SUHR; ROEL L. LAPITAN; FRANK LATKO a.k.a. FRANZI LATKO; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 15-CV-01202 DMR (JCS)<br><br>**DEFENDANTS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; [~~PROPOSED~~] ORDER**<br><br>Trial Date:     June 6, 2016 |

PLEASE TAKE NOTICE that Defendants City and County of San Francisco and Phillip M. Gordon; Glen Paul Minioza; Brian W. Kneuker; Carlos Gutierrez; Craig F. Tom; Patrick F. Pene; Julio C. Palencia; Andrew N. Brown; Paul E. Rapicavoli; Matthew M. O'Shea; Michael Hennessey; Greg

Suhr; Roel L. Lapitan; Frank Latko A.K.A. Franzi Latko ("Defendants") submit this Motion to Remove Incorrectly Filed Document entitled Notice of Motion and Motion for Summary Judgment or Partial Summary Judgment: Memorandum of Points and Authorities ("Memorandum of Points and Authorities") (Dkt. No. 34), which was inadvertently e-filed publicly in support of Defendants' Motion for Summary Judgment.

The aforementioned document was lodged provisionally under seal with the Court under Local Rule 79-5(d) and should not have been publicly filed. (Declaration of Rebecca A. Bers In Support of Defendants' Motion to Remove Incorrectly Filed Documents "Bers Dec." ¶3.) Though the Memorandum of Points and Authorities was lodged with the Court under seal, the redacted version was inadvertently lodged under seal, and the unredacted version was inadvertently uploaded to ECF. (Bers Dec. ¶5.) The ECF Help Desk was notified, and a temporary hold was placed on these documents, after this inadvertent filing error was discovered. (Bers Dec. ¶6.) While no longer publicly accessible, these documents cannot be permanently removed until the Court rules on this motion. (*Id*.) Corrected public versions of the aforementioned dockets have been filed. (Bers Dec. ¶6.)

Defendants respectfully request that this Court authorize the removal of the incorrectly filed documents from the docket.

Dated: November 10, 2015

>
> DENNIS J. HERRERA
> City Attorney
> CHERYL ADAMS
> Chief Trial Deputy
> JAMES HANNAWALT
> REBECCA A. BERS
> Deputy City Attorneys
>
> By: */s/ Rebecca A. Bers*
>         REBECCA A. BERS
>
> Attorneys for Defendants
> City and County of San Francisco, Phillip M. Gordon;
> Glen Paul Minioza; Brian W. Kneuker; Carlos Gutierrez;
> Craig F. Tom; Patrick F. Pene; Julio C. Palencia; Andrew
> N. Brown; Paul E. Rapicavoli; Matthew M. O'Shea;
> Michael Hennessey; Greg Suhr; Roel L. Lapitan; Frank
> Latko a.k.a. Franzi Latko

**ORDER**

FOR GOOD CAUSE SHOWN, the Court grants Defendants' Motion to Remove Incorrectly Filed Documents entitled Notice of Motion and Motion for Summary Judgment or Partial Summary Judgment: Memorandum of Points and Authorities (Dkt. 34), which was inadvertently e-filed publicly, from the docket.

**IT IS SO ORDERED**.

Dated:  November 16, 2015                         By: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge