1   Joseph S. May   SBN 245924
    LAW OFFICE OF JOSEPH S. MAY
2   1388 Sutter Street, Suite 810
    San Francisco, CA 94109
3   Tel:  (415) 781-3333
    Fax:  (415) 707-6600
4   joseph@josephmaylaw.com

5
    Attorneys for Plaintiff GARY RICHARD LAWMAN
6   by and through his Guardian ad Litem Richard de Villiers

7

8                        UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
9                            OAKLAND DIVISION

10
    GARY RICHARD LAWMAN by and              CASE NO. C15-01202-DMR
11  through his Guardian ad Litem Richard de
    Villiers,                                **ADMINISTRATIVE MOTION FOR
12                                           LEAVE TO FILE MEMORANDUM IN
                                             EXCESS OF 25 PAGES AND [~~PROPOSED~~]
13            Plaintiff,                      ORDER**

14       v.

15  CITY AND COUNTY OF SAN                   Hearing Date:   December 17, 2015
    FRANCISCO; PHILLIP M. GORDON;            Time:           11:00 a.m.
16  GLEN PAUL MINIOZA; BRIAN W.              Place:          Courtroom 4, 3rd Floor
    KNEUKER; CARLOS GUTIERREZ;               Judge:          Hon. Donna M. Ryu
17  CRAIG F. TOM; PATRICK F. PENE;
    JULIO C. PALENCIA; ANDREW N.
18  BROWN; PAUL E. RAPICAVOLI;               Action Filed:   December 31, 2013
    MATTHEW M. O'SHEA; MICHAEL               Removal:        March 13, 2015
19  HENNESSEY; GREG SUHR; ROEL L.            Trial Date:     June 6, 2016
    LAPITAN; FRANK LATKO a.k.a.
20  FRANZI LATKO; and DOES  1 through
    50, inclusive,
21
22
              Defendants.
23

24

25

26

27

28
                                         1

1    Pursuant to Civil Local Rule 7-11, Plaintiff respectfully requests leave to file a

2  memorandum opposing Defendants' motion for summary judgment in excess of the 25-page

3  limit for memorandum, set forth in Local Rule 7-4(b).

4    Defendants' motion for summary judgment, seeking judgment on each and every one of

5  Plaintiff's eight causes of action against numerous defendants, is exactly 25 pages. However,

6  Defendants have omitted many crucial portions of the voluminous record developed in this case,

7  which includes 12 depositions and more than 1000 pages of documents produced. In order to

8  provide the Court with an accurate and complete account of the facts of the case, Plaintiff will

9  likely need additional space. Also, Plaintiff will likely need more pages to present arguments

10  relating to each of the several claims and defenses at issue here.

11

12  Dated: November 19, 2015                LAW OFFICE OF JOSEPH S. MAY

13

14                                           */s/ Joseph S. May*
                                           By: JOSEPH S. MAY, Attorneys for Plaintiff
15                                           GARY RICHARD LAWMAN

16

17          **DECLARATION OF JOSEPH S. MAY [Local Rule 7-11(a)]**

18      I, Joseph S. May, declare:

19
    I asked the City Attorney's office to stipulate but they refused.
20

21      I declare under penalty of perjury under the laws of the state of California and the United

22  States that the foregoing is true and correct.

23

24      Executed on November 19, 2015, at San Francisco, California.

25

26                                           /s/ Joseph S. May
                                           JOSEPH S. MAY
27

28

2

CASE NO. C15-01202-DMR
ADMINISTRATIVE MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 25 PAGES AND [PROPOSED] ORDER

1

**[~~PROPOSED~~] ORDER**

2

3

    For good cause shown, Plaintiff is hereby granted leave to file a memorandum in

4

opposition to the Defendants' motion for summary judgment up to but not exceeding 30 pages.

5

6

7

SO ORDERED.

8

9

Dated: November 20, 2015



10

HON. DONNA M. RYU
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3