CITY AND COUNTY OF SAN FRANCISCO     OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

REBECCA A. BERS
Deputy City Attorney

Direct Dial: (415) 554-4224
Email: rebecca.bers@sfgov.org

December 31, 2015

Joseph C. Spero, Chief Magistrate Judge
Deliver To: Chief Magistrate Judge Spero's Chambers
[DO NOT FILE]
450 Golden Gate Ave.
San Francisco, CA 94102

       Re: *Lawman v. City and County of San Francisco et. al.*
            N.D. Cal. Case No. 15-cv-1202-DMR

Dear Chief Magistrate Judge Spero:

     The above-referenced civil rights case is set for a Mandatory Settlement Conference in your department on January 13, 2016. The City will bring authorized representatives from the Sheriff's Department and the San Francisco Police Department, as well as Officers Gordon, Minioza and Kneuker, the arresting officers named as defendants. The Amended Complaint also names the following defendants: Carlos Gutierrez; Craig F. Tom; Patrick F. Pene; Julio C. Palencia; Andrew N. Brown; Paul E. Rapicavoli; Matthew M. O'Shea; Michael Hennessey; Greg Suhr; (nurse) Roel L. Lapitan; (nurse) Frank Latko A.K.A. Franzi Latko.

     I am writing to request that the court excuse individually named defendants Carlos Gutierrez; Craig F. Tom; Patrick F. Pene; Julio C. Palencia; Andrew N. Brown; Paul E. Rapicavoli; Matthew M. O'Shea; Michael Hennessey; Greg Suhr; Roel L. Lapitan; and Frank Latko from appearing at the settlement conference. Subject to the court's approval, plaintiff's counsel has agreed to excuse these defendants from personally appearing at the settlement conference.

     Thank you for your consideration.

IT IS SO ORDERED.
Dated: 1/5/16   /s/ Joseph C. Spero
         Chief Magistrate Judge

Very truly yours,

James Hannawalt
Deputy City Attorney

CC: Joseph May
      David Heilbraun