UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RICHARD LAWMAN,<br><br>      Plaintiff,<br><br>      v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>      Defendants. | Case No. 15-cv-01202-DMR<br><br>**ORDER RE PRODUCTION OF MARITAL THERAPY RECORDS**<br><br>Re: Dkt. No. 74 |

On October 30, 2015, the parties submitted a joint discovery letter brief regarding Defendants' requests for medical records from Susan Cha, Ph.D., who jointly treated Plaintiff Gary Lawman and his wife, Dr. Kara Lawman. [Docket No. 31.] Following a hearing on December 17, 2015, the court ordered Dr. Cha to produce certain treatment records dated January 2009 to the present, limited to "references by either Plaintiff or Dr. Lawman to Plaintiff's use of alcohol, mental health condition, and/or any symptomology of his mental health condition." [Docket No. 64.]

The court has received a letter and a proposed order from an attorney representing Dr. Cha. The letter asks the court to review the redacted treatment records in camera prior to their production. [Docket No. 74.] The court has already ordered Dr. Cha to produce redacted treatment records. It is not necessary for the court to review the records in camera, particularly since Dr. Cha is represented by counsel, who can advise Dr. Cha regarding appropriate redactions. Should Dr. Cha seek a hearing on this matter, she may file an appropriate motion by no later than February 1, 2016.

The court orders Plaintiff to immediately serve a copy of this order on Dr. Cha and to file a

proof of service.

**IT IS SO ORDERED.**

Dated: January 22, 2016



Donna M. Ryu
United States Magistrate Judge