CITY AND COUNTY OF SAN FRANCISCO     OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

REBECCA A. BERS
Deputy City Attorney

Direct Dial: (415) 554-4224
Email: rebecca.bers@sfgov.org

February 8, 2016

Joseph C. Spero, Chief Magistrate Judge
Deliver To: Chief Magistrate Judge Spero's Chambers
[DO NOT FILE]
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Lawman v. City and County of San Francisco, et. al.*
Northern District of California, Case No. 15-cv-01202 DMR (JCS)

Dear Judge Spero:

The above-referenced civil rights case is set for a Mandatory Settlement Conference in your department on February 10, 2016. The City will bring an authorized representative from the San Francisco Police Department and individual defendant Sergeant Gordon. The rest of the named defendants, other than Officer Minioza have been dismissed in the Court's order on the summary judgment motion.

I write to request that the court excuse named defendant Officer Glen Minioza from appearing personally at the settlement conference, as he has just suffered a death in the family. Subject to the court's approval, plaintiff's counsel has agreed to excuse this defendant from personally appearing at the settlement conference.

Thank you for your consideration.

Dated: 2/9/16

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

Very truly yours,

DENNIS J. HERRERA
City Attorney

Rebecca A. Bers
Deputy City Attorney

CC: Joseph May
    David Helbraun

FOX PLAZA · 1390 MARKET STREET, 6TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 554-3837

n:\lit\li2016\141384\01080854.doc