UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY RICHARD LAWMAN,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 15-cv-01202-DMR

**ORDER SETTING NEW TRIAL SCHEDULE**

In light of a conflicting trial date in a lower-numbered case, the court rescheduled the trial in this matter to begin on August 1, 2016. [Docket No. 111.] Defendant Minioza subsequently notified the court that he has a pre-planned family vacation from July 28, 2016 through August 8, 2016. [Docket No. 112.] Minioza has a right to be present for trial proceedings. Therefore, the court resets the ten-day jury trial to begin on August 9, 2016. All pretrial dates remain as scheduled in Docket No. 111.

**IT IS SO ORDERED.**

Dated: April 26, 2016

_____
DONNA M. RYU
United States Magistrate Judge