Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel:  (415) 781-3333
Fax:  (415) 707-6600
joseph@josephmaylaw.com

David M. Helbraun   SBN 129840
HELBRAUN LAW FIRM
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Tel. (415) 982-4000
Fax: (415) 986-1231
dmh@helbraunlaw.com

Attorneys for Plaintiff GARY RICHARD LAWMAN
by and through his Guardian ad Litem Richard de Villiers

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| GARY RICHARD LAWMAN by and through his Guardian ad Litem Richard de Villiers, <br><br> Plaintiff, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; PHILLIP M. GORDON; GLEN PAUL MINIOZA; BRIAN W. KNEUKER; CARLOS GUTIERREZ; CRAIG F. TOM; PATRICK F. PENE; JULIO C. PALENCIA; ANDREW N. BROWN; PAUL E. RAPICAVOLI; MATTHEW M. O'SHEA; MICHAEL HENNESSEY; GREG SUHR; ROEL L. LAPITAN; FRANK LATKO a.k.a. FRANZI LATKO; and DOES  1 through 50, inclusive, <br><br> Defendants. | CASE NO. C15-01202-DMR <br><br> **[PROPOSED]** ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [LOCAL RULE 79-5] <br><br><br> Action Filed:   December 31, 2013 <br> Removal:        March 13, 2015 <br> Trial Date:     August 9, 2016 |

1

Having reviewed Plaintiff's administrative motion for leave to file documents under seal, and any opposition thereto, and there appearing compelling reasons for granting the motion, Plaintiff is HEREBY GRANTED LEAVE to file unredacted versions of the following document under seal:

1. Therapy Session Notes of Cindy Sprauve, MFT.

IT IS SO ORDERED.

DATED: July 21, 2016



HON. DONNA M. RYU
United States Magistrate Judge

2

CASE NO. C15-01202-DMR
[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMIN. MOTION TO FILE UNDER SEAL