UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RICHARD LAWMAN by and through his Guardian ad Litem Richard de Villiers,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PHILLIP M. GORDON; GLEN PAUL MINIOZA; BRIAN W. KNEUKER; CARLOS GUTIERREZ; CRAIG F. TOM; PATRICK F. PENE; JULIO C. PALENCIA; ANDREW N. BROWN; PAUL E. RAPACAVOLI; MATTHEW M. O'SHEA; MICHAEL HENNESSEY; GREG SUHR; ROEL L. LAPITAN; FRANK LATKO a.k.a. FRANZI LATKO; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 15-cv-01202 DMR (JCS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE PROVISIONALLY UNDER SEAL EXHIBITS TO REBECCA A. BERS' DECLARATIONS IN OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE NOS. 2 & 5**<br><br>Trial Date:     August 9, 2016 |

IT IS HEREBY ORDERED that, the Defendants' Administrative Motion to File Provisionally Under Seal Portions Exhibits to the Declarations of Rebecca A. Bers Submitted in Opposition to Plaintiff's Motions in Limine Nos. 2 and 5 is GRANTED or DENIED as follows:

| # | Document Description | Reason for Filing Under Seal | GRANTED / DENIED |
|---|---|---|---|
| 1 | Ex. B to Bers Declaration in Opposition to Plaintiff's Motion in Limine No. 2, Excerpts of treating notes from Cindy Sprauve, MFT | Designated by Plaintiff | Granted |
| 2 | Ex. C to Bers Declaration in Opposition to Plaintiff's Motion in Limine No. 2, Excerpts of Ms. Cindy Sprauve MFT's Deposition Testimony | Designated by Plaintiff | Granted |

| | | | |
|---|---|---|---|
| 3 | Ex. B to Bers Declaration in Opposition to Plaintiff's Motion in Limine No. 5, Excerpts of treating notes from Cindy Sprauve, MFT | Designated by Plaintiff | Granted |
| 4 | Ex. C to Bers Declaration in Opposition to Plaintiff's Motion in Limine No. 5, Excerpts of Ms. Cindy Sprauve MFT's Deposition Testimony | Designated by Plaintiff | Granted |

IT IS SO ORDERED

Dated: July 21, 2016

_____
THE HONORABLE DONNA M. RYU
UNITED STATES DISTRICT/MAGISTRATE JUDGE

