UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY RICHARD LAWMAN,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 15-cv-01202-DMR

**ORDER TO SUBMIT FURTHER INFORMATION RE PLAINTIFF'S POLICE PRACTICES EXPERT**

The reports of Plaintiff's police practices expert, David Dusenbury, contain many references to Office of Citizen Complaints ("OCC") materials. However, in Plaintiff's motion in limine no. 6, Plaintiff takes the position that Dusenbury's reliance on the OCC materials will be limited "to the extent [the materials] reveal that the SFPD either failed to advise the complainant he could arrange for blood-alcohol testing, or that requests to arrange for such tests were repeatedly refused by the SFPD, despite a stated SFPD policy to facilitate those tests when requested." *See* Docket No. 137 at 2. Therefore, by no later than **12:00 p.m. on August 1, 2016**, Plaintiff shall file a letter to the court confirming that Dusenbury's testimony regarding the OCC materials will be limited to the subject matter described above. He shall also confirm that Plaintiff is withdrawing any other opinions by Dusenbury based on the OCC materials that are outside the scope of the subject matter described above.

**IT IS SO ORDERED.**

Dated: July 28, 2016



_____
Donna M. Ryu
United States Magistrate Judge