UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY RICHARD LAWMAN,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 15-cv-01202-DMR

**SECOND ORDER TO SUBMIT FURTHER INFORMATION RE PLAINTIFF'S POLICE PRACTICES EXPERT**

    Plaintiff's police practices expert, David Dusenbury, has offered four expert reports, dated March 21, 2016; April 4, 2016; May 2, 2016; and May 31, 2016. By no later than **10:00 a.m. on August 3, 2016**, Plaintiff shall file a letter to the court identifying all of the specific Dusenbury opinions Plaintiff will offer at trial. Plaintiff shall identify all of the opinions he plans to offer by opinion number and/or letter and page number in each of the four Dusenbury reports. Plaintiff will not be permitted to offer at trial any opinions that he does not identify in his submission.

    Additionally, in Plaintiff's motion in limine no. 6 and August 1, 2016 letter to the court, Plaintiff asserts that Dusenbury will testify about a subset of OCC materials in connection with his *Monell* claim. The court would like to review those specific OCC materials in advance of the August 3, 2016 second pretrial conference. Since Defendants have offered some OCC materials as trial exhibits, in the same letter to the court due by 10:00 a.m. on August 3, 2016, Plaintiff shall identify which, if any, of Defendants' proposed exhibits contain the OCC materials on which Plaintiff will rely.

    **IT IS SO ORDERED.**

Dated: August 2, 2016

                                                Donna M. Ryu
                                       United States Magistrate Judge